

C. A. No. 3:15-CV-00169; Jamie Montiel v. AMK Express, Inc. and Alim Kuchiev; In the USDC, SDT, Galveston Division

Judy Roe
to:
'galveston_cm@txs.uscourts.gov'
02/10/2017 01:08 PM
Cc:
Nick Lanza, Stewart Schmella, Paul Skrabanek
Hide Details
From: Judy Roe <jroe@lanzalawfirm.com>

To: "'galveston_cm@txs.uscourts.gov'" <galveston_cm@txs.uscourts.gov>

Cc: Nick Lanza <nlanza@lanzalawfirm.com>, Stewart Schmella <sschmella@lanzalawfirm.com>, Paul Skrabanek <Paul@psbfirm.com>

History: This message has been forwarded.

1 Attachment


image001.jpg

Good afternoon, Ms. Perez,

On behalf of the parties in this case, we wish to announce to the Court that the above-captioned matter has settled.

The parties anticipate finalizing the settlement with the Court within thirty (30) days.

If you have any questions, please feel free to contact me by telephone at 713-432-9090, ext. 244, or by email at jroe@lanzalawfirm.com.

PLEASE NOTE OUR NEW FIRM NAME, ADDRESS, TELEPHONE NUMBER, EMAIL, AND WEBSITE INFORMATION SET FORTH BELOW:

Judy Roe

Paralegal to Nicholas J. Lanza
Lanza Law Firm, P.C.
4950 Bissonnet Street
Houston, Texas  77401
713-432-9090, ext. 244
713-668-6417 – Fax
jroe@lanzalawfirm.com
www.lanzalawfirm.com



*Please note that this transmission is intended for the recipient only.  The transmission may contain sensitive information protected by the attorney-client and the attorney work product privilege.  If you believe you have received this message in error, please delete the message.  Thank you.*